

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| REGINALD BREW, | § | No. 08-15-00105-CR |
| Appellant | § | Appeal from the |
| v. | § | 272nd District Court |
| THE STATE OF TEXAS, | § | of Brazos County, Texas |
| Appellee. | § | (TC# 13-01423-CRF-272) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Reginald Earl Brew has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

STEVEN L. HUGHES, Justice

May 27, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)